UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Otto Cardona

    v.                        Civil No. 08-cv-00056-JL

Insight Technology,
Inc., et al.

**O R D E R**

The parties shall enter an agreement which substantially conforms to the defendant's proposal (Exhibit A to document no. 16) with two qualifications:

(1) ¶8 shall be modified to allow for disclosure during "meetings or conferences with counsel in preparation for" such testimony; and

(2) a provision incorporating the procedure set forth at ¶17 of the defendant's objection (document no. 17) shall be included in the agreement.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated: August 27, 2008

cc: Christopher E. Grant, Esq.
    Debra Weiss Ford, Esq.