UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Otto Cardona

     v.                   Civil No. 08-cv-00056-JL

Insight Technology,
Inc., et al.

# O R D E R

Plaintiff's Motion to Compel Responses to Discovery (document no. 19) is granted in part and denied in part.  The motion is granted with respect to Interrogatory #12, but only to the extent that the defendant shall disclose to the plaintiff the names of any witness, if any, it will rely on to establish each such defense.  With respect to Interrogatory #13, the motion is denied without prejudice to be re-propounded in clearer form. The court agrees with defendant's counsel that the interrogatory is vague and difficult to understand in its current form.

Requests for fees and costs are denied.


**SO ORDERED**.

_____
Joseph N. Laplante
United States District Judge


Dated:  August 27, 2008

cc:  Christopher E. Grant, Esq.
     Debra Weiss Ford, Esq.